Keith J. Miller (kmiller@rwmlegal.com)
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400 (Telephone)
(973) 466-2760 (Facsimile)

*Attorneys for Plaintiffs Actelion
Pharmaceuticals Ltd. and Actelion
Pharmaceuticals US, Inc.*

Christopher J. Sorenson
(csorenson@merchantgould.com)
**MERCHANT & GOULD**
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
(612)332-5300 (Telephone)
(612) 332-9081 (Facscimile)

*Attorneys for Defendants
Natco Pharma Limited and Syneos Health LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD. and ACTELION PHARMACEUTICALS US, INC.<br><br>Plaintiffs,<br><br>v.<br><br>NATCO PHARMA LIMITED and SYNEOS HEALTH LLC,<br>Defendants. | Civil Action No. 2:19-12984 (BRM)(DEA)<br><br>(Filed Electronically) |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Actelion Pharmaceuticals Ltd. and Actelion Pharmaceuticals US, Inc. (collectively "Plaintiffs") hereby dismiss this action against Syneos Health LLC with prejudice, with all parties to bear their own costs, disbursements and attorneys' fees.

By: *s/ Keith J. Miller*
Keith J. Miller
(kmiller@rwmlegal.com)

By: *s/ Christopher J. Sorenson*
Christopher J. Sorenson
(csorenson@merchantgould.com)

**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400 (Telephone)
(973) 466-2760 (Facsimile)

*Of Counsel*
John M. Desmarais
Bindu Donovan
Todd L Krause
Amanda Potter
Karl Mullen
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
jdesmarais@desmaraisllp.com
bdonovan@desmaraisllp.com
tkrause@desmaraisllp.com
apotter@desmaraisllp.com
kmullen@desmaraisllp.com

*Attorneys for Plaintiffs*

**MERCHANT & GOULD**
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
(612)332-5300 (Telephone)
(612) 332-9081 (Facscimile)

Attorneys for Defendants
Natco Pharma Limited and Syneos Health LLC

**IT IS SO ORDERED**, this 26th day of November, 2019

_____
Hon. Brian R. Martinotti, U.S.D.J.

2